UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

MENTWELL SPIVEY,

        Plaintiff,

v.

THOMAS WILSON et al.,

        Defendants.
_____/

Case No. 2:17-cv-56

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated: September 25, 2017              /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge